EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Enmienda a las Reglas de<br>    Procedimiento para Acciones Disciplinarias y<br>    de Separación, etc. | 2001 TSPR 105<br><br>154 DPR _____ |

Número del Caso: ER-2001-02

Fecha: 11/julio/2001

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Enmiendas a las Reglas de enmendar las Procedimiento para Acciones Disciplinarias y de Separación del Servicio por Razón de Salud de Jueces del Tribunal De Primera Instancia y del Tribunal de Circuito de Apelaciones

ER-2001-02

Para enmendar las Reglas 11,12 y 22 de las Reglas de Procedimiento para Acciones Discipli- narias y de Separación del Servicio por Razón Salud de Jueces del Tribunal de Primera Instancia Y del Tribunal de Circuito de Apelaciones

RESOLUCION

San Juan, Puerto Rico, a 11 de julio de 2001

Con el propósito de conformar las Reglas de Procedimiento para Acciones Disciplinarias y de Separación del Servicio por Razón de Salud de Jueces del Tribunal de Primera Instancia y del Tribunal de Circuito de Apelaciones de Puerto Rico con lo resuelto en Ortiz Rivera v. Directora Administrativa de los Tribunales, res. el 29 de septiembre de 2000, 2000 T.S.P.R. 145, se enmiendan las Reglas 11, 12 y 22 para que lean como sigue:

Regla 11 Investigación Inicial

[...]

( C ) Si de la investigación inicial resultara que, de conformidad con lo dispuesto
en la Regla 6 el asunto carece de mérito, la Oficina de Asuntos Legales, informará al Director(a), quien ordenará su archivo, notificará de tal decisión por correo al promovente e indicará la razón que motiva el archivo y de su derecho a solicitar reconsideración de tal decisión dentro de los diez (10) días siguientes a su notificación, y que el así no hacerlo equivaldrá a una aceptación de que la determinación será final. Esta determinación de archivo será notificada

al juez y se le remitirá copia de la queja
o solicitud de separación.

[...]

**Regla 12    Confidencialidad**

**El proceso investigativo y el expediente de la queja o solicitud de separación serán de carácter confidencial mientras no se haya emitido una decisión final y firme sobre archivo, conforme con la Regla 11.**

**Una vez remitido el informe de investigación y el expediente de la queja o solicitud de separación a la Comisión de Disciplina el mismo estará sujeto a inspección por el público en la Secretaría del Tribunal.**

**El juez bajo investigación podrá renunciar por escrito, a la confidencialidad en cualquier etapa del procedimiento. No obstante, a solicitud por escrito de las autoridades pertinentes, la Oficina de Asuntos Legales informará si éste es objeto de investigación por queja o por solicitud de separación presentada en su contra, y la etapa investigativa de la misma.**

**No será ofrecida información sobre quejas o solicitudes de separación presentadas contra el juez y que estuvieren en la etapa de evaluación inicial, excepto cuando se hubiese emitido una decisión final y firme sobre archivo conforme con la Regla 11.**

**Regla 22    Uso, Disposición  y Acceso a Quejas y Solicitudes de Separación Desestimadas**

**Toda queja o solicitud de separación desestimada como consecuencia de una determinación de no causa no constará en el expediente personal del juez.**

**El expediente de toda queja o solicitud de separación desestimada permanecerá bajo la custodia del Secretario o de la Oficina de Asuntos Legales, según corresponda, por el término que mediante reglamentación especial apruebe el Juez Presidente, conforme dispone la Regla 38 de las Reglas para la Administración del Programa de Conservación y Disposición de Documentos de la Rama Judicial.**

**Durante el término que sea dispuesto por reglamento, conforme dispone el párrafo anterior, los expedientes podrán ser utilizados en investigaciones subsi-guientes, previa notificación al juez, para acreditar un patrón en su conducta que pueda dar lugar al inicio de una acción disciplinaria o de separación.**

**El Director aprobará unas normas internas para facilitar el acceso a los expedientes de las investigaciones bajo estas reglas. Podrá solicitarle al Tribunal que emita las órdenes que sean necesarias para proteger información privilegiada bajo las Reglas de Evidencia o información que pueda lesionar derechos fundamentales de terceros.**

**La solicitud de examen de un expediente bajo la custodia del Secretario o de la Oficina de Asuntos Legales deberá ser notificada al Juez investigado exonerado. Este podrá, dentro de un término de veinte (20) días solicitarle al Director que mediante orden del Tribunal proteja su derecho a la intimidad sobre aquellos asuntos en el expediente que así se justifique.**

**Publíquese.**

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo